1

2

3

4

5

6

7

Hon. Chief Judge Ricardo S. Martinez
Hon. Magistrate Judge Brian A Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10    BHARATBHAI ISHWARBHAI PATEL

11                          Petitioner,

12                  v.

13    WILLIAM P. BARR, et al.,

14                          Respondents.

15

NO. 2:20-cv-00551-RSM-BAT

Stipulated Motion and Order
to Dismiss and Lift Stay

Note on Motion Calendar:

April 29, 2020

16

17         Petitioner Bharatbhai Ishwarbhai Patel (Mr. Patel) and Respondents stipulate

18    and move to dismiss Mr. Patel's habeas petition and lift the stay of removal under

19    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 10(g), without fees

20    or costs.  Mr. Patel's habeas petition sought review of the procedures that led to

21    U.S. Citizenship and Immigration Services' (USCIS) determination (and an

22    immigration judge's affirmation of the determination) that he lacked a credible fear

23    of persecution if he returned to India.  Dkt. no. 1.  He also sought and obtained an

24

LAW OFFICE OF ADAM W. BOYD
621 PACIFIC AVE., SUITE 209
TACOMA, WASHINGTON 98402
(253) 212-3375

order temporarily staying his removal.  Dkt. nos. 2 & 3.  USCIS has since placed

Mr. Patel in full removal proceedings.  As such, he is no longer subject to an order

of removal and the Court's order staying removal should be lifted.  Accordingly, the

parties stipulate as follows:

1. Mr. Patel's habeas petition is dismissed without prejudice;

2. This Court's temporary stay of Mr. Patel's removal [dkt. no. 3] is lifted;

   and

3. All parties shall bear their own attorney fees and costs.

DATED this 29th day of April 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ *Adam W. Boyd*
ADAM W. BOYD, WSBA #49849
Law Offices of Adam W. Boyd
621 Pacific Ave., Suite 209
Tacoma, Washington 98402
Phone: 253-212-3375
Email: Adam@awblawoffice.com

*Attorney for Petitioner*

s/ *Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  kyle.forsyth@usdoj.gov

*Attorneys for Respondents*

IT IS SO ORDERED.

DATED: April 30th, 2020

_____
Hon. Ricardo S. Martinez
Chief United States District Judge

STIPULATED MOTION TO DISMISS AND LIFT STAY - 2
(2:20-cv-00551-RSM-BAT)

LAW OFFICE OF ADAM W. BOYD
621 PACIFIC AVE., SUITE 209
TACOMA, WASHINGTON 98402
(253) 212-3375

CERTIFICATE OF SERVICE

The undersigned hereby certifies I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

US Attorneys
Email: usawaw.Habeas@usdoj.gov
Email: kyle.forsyth@usdoj.gov

Dated this 29th day of April 2020.

/s/ Adam W. Boyd
Law Offices of Adam W. Boyd
621 Pacific Ave., Suite 209
Tacoma, WA 98402

STIPULATED MOTION TO DISMISS AND LIFT STAY - 3
(2:20-cv-00551-RSM-BAT)

LAW OFFICE OF ADAM W. BOYD
621 PACIFIC AVE., SUITE 209
TACOMA, WASHINGTON 98402
(253) 212-3375